# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00059-MOC-DSC

| | |
|---|---|
| LARRY CROUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA N.A., et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Joint Motion to Amend Case Management Order" (document # 18) filed January 30, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>. The discovery deadline is extended to March 4, 2019, and the motions deadline is extended to March 18, 2019.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 31, 2019

David S. Cayer
United States Magistrate Judge